AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

## CERTIFICATE OF GOOD STANDING

I, _____ William W. Blevins _____ , Clerk of this Court,

certify that _____ Gregory D. Latham _____ , Bar # _____ 25955 _____ ,

was duly admitted to practice in this Court on _____ 10/30/1998 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ New Orleans, LA _____ on _____ 06/24/2015 _____
                            (Location)                              (Date)

William W. Blevins
*CLERK*

/s/ Melissa Verdin
*Deputy Clerk*