IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA ALYN, </br></br> Plaintiff/Counterclaim Defendant, </br></br> v. </br></br> SOUTHERN LAND COMPANY, </br></br> Defendant/Counterclaim Plaintiff. | Case No. 3:15-cv-00596 </br> Senior Judge William J. Haynes, Jr </br> Magistrate Judge John S. Bryant </br> JURY DEMAND |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to LR 7.02, the undersigned counsel for Defendant and Counterclaim Plaintiff Southern Land Company, LLC ("Southern Land Company") hereby states that Southern Land Company has no corporate parent and no publicly held corporation owns ten percent (10%) or more of the LLC.

Respectfully submitted,

s/Randy Michels
Randy Michels (BPR # 21604)
Bill Ferrell (BPR # 27220)
Kevin Hartley (BPR # 29199)
TRUST TREE LEGAL, P.C.
1321 Adams Street
Nashville, TN 37208
Telephone: (615) 852-8408
Email: randy@trust-tree.com
Email: bill@trust-tree.com
Email: kevin@trust-tree.com

Counsel for Defendant/Counterclaim Plaintiff
SOUTHERN LAND COMPANY, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of June, 2015, a true and exact copy of the foregoing has been served via the Electronic Case Filing System of the United States District Court for the Middle District of Tennessee, which will automatically send email notification of such filing to the following attorneys of record:

Thomas K. Potter, III (BPR # 024857)
John Paul Nefflen (BPR # 020226)
BURR & FORMAN LLP
511 Union Street
Suite 2300
Nashville, TN 37219
Telephone: (615) 724-3219
Email: tpotter@burr.com
Email: jnefflen@burr.com

Gregory D. Latham
INTELLECTUAL PROPERTY CONSULTING, LLC
201 St. Charles Ave., Suite 2500
New Orleans, LA 70170
Telephone: (504) 322-7166
Email: glatham@iplawconsulting.com

s/Randy Michels
Counsel for Southern Land Company, LLC