**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **LISA ALYN,** | ) | |
| | ) | |
| **Plaintiff/Counterclaim Defendant,** | ) | |
| | ) | **Case No. 3:15-cv-00596** |
| | ) | **Senior Judge William J. Haynes, Jr** |
| **v.** | ) | **Magistrate Judge John S. Bryant** |
| | ) | **JURY DEMAND** |
| | ) | |
| **SOUTHERN LAND COMPANY, LLC** | ) | |
| | ) | |
| **Defendant/Counterclaim Plaintiff.** | ) | |
| | ) | |

**<u>SOUTHERN LAND COMPANY'S MOTION TO AMEND ANSWER AND COUNTERCLAIMS</u>**

Defendant and Counterclaim Plaintiff Southern Land Company, LLC ("Southern Land Company"), through its counsel of record, Trust Tree Legal, P.C., pursuant to the Initial Case Management Order (DE #19), moves the Court for leave to amend its Answer and Counterclaim (DE # 8). A copy of the proposed First Amended Answer and Counterclaim and the exhibits thereto are attached.

The Initial Case Management Order (DE #19) sets an October 30, 2015 deadline for any motion to amend pleadings. As such, this motion is timely filed.

The proposed amendments to the Answer and Counterclaim state Southern Land Company's claims with greater specificity based on information that has come to light through investigation as well as discussions and correspondence between the parties.

Based on the foregoing, Southern Land Company respectfully requests that the Court grant this Motion to Amend Answer and Counterclaims.

Respectfully submitted,

s/Randy Michels

Randy Michels (BPR # 21604)
Bill Ferrell (BPR # 27220)
Kevin Hartley (BPR # 29199)
TRUST TREE LEGAL, P.C.
1321 Adams Street
Nashville, TN 37208
Telephone: (615) 852-8408
Email: randy@trust-tree.com
Email: bill@trust-tree.com
Email: kevin@trust-tree.com

Counsel for Defendant/Counterclaim Plaintiff
SOUTHERN LAND COMPANY, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 30, 2015, a true and exact copy of the foregoing has been served via the Electronic Case Filing System of the United States District Court for the Middle District of Tennessee, which will automatically send email notification of such filing to the following attorneys of record:

Thomas K. Potter, III (BPR # 024857)
John Paul Nefflen (BPR # 020226)
BURR & FORMAN LLP
511 Union Street
Suite 2300
Nashville, TN 37219
Telephone: (615) 724-3219
Email: tpotter@burr.com
Email: jnefflen@burr.com

Gregory D. Latham
INTELLECTUAL PROPERTY CONSULTING, LLC
201 St. Charles Ave., Suite 2500
New Orleans, LA 70170
Telephone: (504) 322-7166
Email: glatham@iplawconsulting.com

s/Randy Michels
Counsel for Southern Land Company, LLC