# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LISA ALYN, | )<br>) |
| Plaintiff, | )<br>) |
| | ) Case No. 3:15-cv-00596 |
| | ) District Judge Waverly D. Crenshaw, Jr. |
| v. | ) Magistrate Judge John S. Bryant |
| | ) JURY DEMAND |
| SOUTHERN LAND COMPANY, LLC, | )<br>) |
| Defendant. | )<br>) |

## SOUTHERN LAND COMPANY, LLC'S MOTION FOR LEAVE TO FILE STATEMENT OF MATERIAL FACTS AND EXHIBITS UNDER SEAL

Pursuant to ¶¶ 10 and 19 of the Stipulated Protective Order (Doc. No. 61, pp. 9-10), as well as § 5.07 of the Administrative Practices and Procedures for Electronic Case Filing, Defendant / Counter-Plaintiff Southern Land Company, LLC respectfully requests leave of Court to file its Statement of Material Facts and Exhibits in support of its motions for summary judgment under seal because they refer to information designated by Ms. Alyn as "attorney's eyes only" under the Stipulated Protective Order.

Respectfully submitted,

s/ Kevin P. Hartley
Randy Michels (BPR # 21604)
Bill Ferrell (BPR # 27220)
Kevin Hartley (BPR # 29199)
TRUST TREE LEGAL, P.C.
1321 Adams Street
Nashville, TN  37208
Telephone: (615) 852-8408
Email: randy@trust-tree.com
Email: bill@trust-tree.com
Email: kevin@trust-tree.com

Counsel for Defendant/Counterclaim Plaintiff
SOUTHERN LAND COMPANY, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 26, 2016, a true and exact copy of the foregoing has been served via email and the Electronic Case Filing System of the United States District Court for the Middle District of Tennessee, which will automatically send email notification of such filing to the following attorneys of record:

Thomas K. Potter, III (BPR # 024857)
John Paul Nefflen (BPR # 020226)
BURR & FORMAN LLP
511 Union Street
Suite 2300
Nashville, TN 37219
Telephone: (615) 724-3219
Email: tpotter@burr.com
Email: jnefflen@burr.com

Gregory D. Latham
Stephen Kepper
INTELLECTUAL PROPERTY CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans LA 70130
Telephone: (504) 322-7166
Email: glatham@iplawconsulting.com
Email: skepper@iplawconsulting.com

s/ Kevin P. Hartley
Counsel for Southern Land Company, LLC