UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF TENNESSEE

| | |
|---|---|
| LISA ALYN,<br><br>Plaintiff<br><br>v.<br><br>SOUTHERN LAND COMPANY, LLC<br><br>Defendant | CIVIL ACTION NO. 3:15-cv-00596<br><br>JUDGE WAVERLY D. CRENSHAW, JR.<br><br>MAGISTRATE JUDGE ALISTAIR NEWBERN |

**PLAINTIFF/APPELLANT'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff/Appellant, Lisa Alyn, by counsel, appeals to the United States Court of Appeals for the Sixth Circuit, from the Court's original Order dated September 12, 2016 (Doc. No. 95) and subsequent Order dated September 15, 2016 (Doc. No. 99), wherein the Court denied Ms. Alyn's Emergency Motion for Reconsideration and ordered the clerk to unseal several motions, related pleadings, and exhibits (Doc Nos. 80, 84, 87, 89)(the "Confidential Pleadings") filed by Southern Land Company, L.L.C. that incorporate Ms. Alyn's confidential financial information. The Confidential Pleadings are directed to be unsealed by noon on Friday, September 23, 2016.

Respectfully submitted,

/s/ Greg D. Latham
Gregory D. Latham (admitted pro hac vice)
Stephen M. Kepper (admitted pro hac vice)
**INTELLECTUAL PROPERTY CONSULTING, LLC**
201 St. Charles Ave., Suite 2500
New Orleans, Louisiana 70170
Telephone: (504) 322-7166
Facsimile: (504) 322-7184
E-mail: *glatham@iplawconsulting.com*
E-mail: *skepper@iplawconsulting.com*

and

Thomas K. Potter, III (TN Bar No. 024857)
John Paul Nefflen (TN Bar No. 020226)
**BURR & FORMAN LLP**
511 Union Street, Suite 2300
Nashville, TN 37219
Telephone: (615) 724-3219
Facsimile: (615) 724-3319
Email: *tpotter@burr.com*
Email: *jnefflen@burr.com*

***Attorneys for Lisa Alyn***

## CERTIFICATE OF SERVICE

I certify that on this 16th day of September, 2016, a copy of the foregoing Plaintiff/Appellant's Notice of Appeal was filed electronically with the Clerk of Court using the CM/ECF System of the Middle District of Tennessee, which will automatically send email notification of such filing to the following attorneys of record:

Randy Michels, Esq.
Kevin Hartley, Esq.
Trust Tree Legal, P.C.
1321 Adams Street
Nashville, TN 37208
Telephone: 615-852-8408
Email: randy@trust-tree.com
Email: kevin@trust-tree.com

/s/ Gregory D. Latham
Gregory D. Latham