**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **LISA ALYN,** | ) | |
| | ) | |
| **Plaintiff/Counterclaim Defendant,** | ) | |
| | ) | **CIVIL ACTION NO. 3:15-cv-00596** |
| | ) | |
| **v.** | ) | **Judge Waverly D. Crenshaw, Jr.** |
| | ) | |
| | ) | **Magistrate Judge Alistair Newbern** |
| **SOUTHERN LAND COMPANY, LLC** | ) | |
| | ) | **JURY DEMAND** |
| **Defendant/Counterclaim Plaintiff.** | ) | |
| | ) | |

**CONSENT DECREE**

The parties to this action have agreed to submit to the jurisdiction of this Court for enforcement of the Settlement Agreement reached between the parties for a period of ten (10) years from January 19, 2017. The parties further consent to reopening this case for the limited purpose of enforcement of the Settlement Agreement reached between the parties upon motion by the party requesting enforcement.

The Court find good cause for entry of this Consent Decree. Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that this Court shall maintain jurisdiction over the parties for enforcement of the Settlement Agreement between the parties for period of ten (10) years from January 19, 2017 and may reopen this case for the limited purpose of enforcement of the Settlement Agreement upon motion by the party requesting enforcement.

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE